Receipt Number
5665810

13
Ex A-13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TVS AUTOMOTIVE EUROPE LIMITED,

          Plaintiff,

v.

DISC-LOCK INTERNATIONAL
CORPORATION,

          Defendant.

Case: 2:08-cv-10406
Judge: Hood, Denise Page
Referral MJ: Majzoub, Mona K
Filed: 01-29-2008 At 09:25 AM
CMP TVS AUTO EUROPE V. DISC LOCK INTL (DA)

---

David J. Gass (P34582)
D. Andrew Portinga (P55804)
Miller Johnson
Attorneys for Plaintiff
250 Monroe Ave., N.W., Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
gassd@millerjohnson.com
portingaa@millerjohnson.com

## COMPLAINT

Plaintiff, TVS Automotive Europe Limited ("TVS"), for its Complaint states:

1.      This is an action for breach of contract.

2.      Plaintiff, TVS, is a company duly incorporated in the United Kingdom, with its principal place of business in Sheffield, England. TVS supplies automotive components that are manufactured in India.

3.      Defendant, DISC-LOCK International Corporation ("DISC-LOCK"), is a California corporation with its principal place of business in Redondo Beach, California. DISC-LOCK sells safety wheel nuts for trucks, trailers, and buses.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction under 28 USC §1332 because there is complete diversity of citizenship between the plaintiff and the defendant, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

5. Venue is proper in this District under 28 USC §1391 because a substantial part of the events or omissions giving rise to this action occurred in this District and because the defendant has conducted and continues to conduct business in the State of Michigan.

## Facts

6. In 2005, the parties entered into a contract by which TVS was to supply to DISC-LOCK custom-manufactured hex pilot nuts, hex flange washers, and hot form cup washers ("Parts") (one of each Part together equals one "Set") in accordance with DISC-LOCK's drawings and specifications. The purchase order is attached as Exhibit A.

7. TVS was to deliver the Sets to DISC-LOCK F.O.B. at Chennai, India. DISC-LOCK then was responsible for shipping the Parts from India to Roseville, Michigan, where they were to be assembled into a safety wheel nut by or on behalf of DISC-LOCK and then sold to DISC-LOCK customers.

8. In May 2006, the parties further agreed that TVS would manufacture and sell to DISC-LOCK a total of 600,000 Sets at a price of a $1.51 per Set. Terms included payment within 30 days of invoice.

9. The parties agreed that Parts were to be shipped at a rate of 50,000 Sets per month starting in June 2006.

10. The parties also agreed to waive claims for any delays occurring before June 2006.

11. In accordance with the parties' agreement, TVS delivered Sets to DISC-LOCK at a rate of approximately 50,000 Sets per month.

12. On February 13, 2007, DISC-LOCK cancelled the remaining shipments. By that time, TVS had shipped to DISC-LOCK 398,000 Sets.

13. In accordance with the parties' agreement, TVS sent to DISC-LOCK invoices for the Sets shipped at the agreed upon price.

14. While DISC-LOCK has made payments on some invoices, it is delinquent on others. As of the date of this Complaint, there are outstanding invoices of $299,650. See Exhibit B.

15. In addition, at the time of cancellation, TVS had manufactured, or had begun to manufacture, for DISC-LOCK, 123,740 Sets, which have no alternative value because they are custom made for DISC-LOCK. Contractually, DISC-LOCK was obligated to purchase those Sets, but has failed to do so.

16. At $1.51 per Set, the total price for those unshipped Sets is $186,848.

17. While DISC-LOCK has repeatedly affirmed its obligation to pay all of TVS's outstanding invoices and has continued giving assurances to TVS that DISC-LOCK would pay those invoices in full, it has failed to make promised payments. The last payment made by DISC-LOCK to TVS ($25,000) was on October 22, 2007.

### Count I – Breach of Contract

18. TVS incorporates Paragraph 1 - 17.

19. Under the contract, the parties agreed that TVS would ship 600,000 Sets of Parts to DISC-LOCK at a price of $1.51 per Set.

20. TVS has complied with the terms of the contract.

21. DISC-LOCK has failed to pay TVS's invoices as they have become due.

3

22. The outstanding balance on TVS's invoices is $299,650, plus interest, costs, and attorney fees.

23. In addition, DISC-LOCK breached the contract by prematurely cancelling it, resulting in an additional loss to TVS of $186,848.

WHEREFORE, TVS requests that Judgment be entered in its favor and against defendant in the amount of $486,498, plus interest, costs, and attorney fees.

MILLER JOHNSON
Attorneys for Plaintiff, TVS Automotive Europe Limited

Dated: January 28, 2008

By _____
David J. Gass (P34582)
D. Andrew Portinga (P55804)
Business Address:
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700
gassd@millerjohnson.com
portingaa@millerjohnson.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TVS AUTOMOTIVE EUROPE LIMITED,

        Plaintiff,                Civil Case No.

v.

                                   HON.

DISC-LOCK INTERNATIONAL
CORPORATION,

        Defendant.

---

David J. Gass (P34582)
D. Andrew Portinga (P55804)
Miller Johnson
Attorneys for Plaintiff
250 Monroe Ave., N.W., Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
gassd@millerjohnson.com
portingaa@millerjohnson.com

---

## **INDEX TO EXHIBITS**

Exhibit A        Purchase Order

Exhibit B        Chart of Outstanding Invoices



DISC-LOCK International
1924 S. Pacific Coast Highway, Suite F
Redondo Beach, CA 90277 USA
Tel. 310-944-935
Fax 310-944-9522

**BLANKET PURCHASE ORDER # A310-R3**

Confirming PO to: Avinash Shiva
S. Mohan & M. Balasubramanian

Date: December 1, 2005

To: TVS Automotive Europe Limited, 5th Floor, Globe II Business Centre, 128 Mattravers Road, Sheffield S2 5AZ, United Kingdom

Ship to: DISC-LOCK will advise     Delivery Date: TBD     Via: TBD

Terms: Net 30 Days F.O.B. Chennai
* Note: Items 1,2 and 3 below equal one set. Price quoted and agreed upon by TVS and DISC-LOCK is US$1,51 per set.

| QUANTITY | UNIT | DESCRIPTION & DRAWING NUMBER |
|---|---|---|
| 1. 600,000 (with 50,000 pc. Releases) | Pieces | M22X1.5 Hex Pilot Nut Per drawing #01X-22MM-HPN (formed, heat treated to HRC28-32, and tapped, no coating) |
| 2. 600,000 (with 50,000 pc. Releases) | Pieces | M22 Hex Flange Washers Per drawing #02U-22MM-HFW **and incorporating (3) below** (no heat treating or coating) |
| 3. 600,000 (with 50,000 pc. Releases) | Pieces | M22 Hot Formed Cup Washers Per drawing #03U-22MM-DCW (no heat treating or coating) |

* PRICE PER 1,000 SETS - US$1,510.00 -------------------------- Total: US$906,000.00

THIS PURCHASE ORDER IS CONTINGENT UPON:
1. INTERIM PPAP APPROVAL HAS BEEN GRANTED TO TVS TO SUPPLY 12,500 OF EACH COMPONENT FOR DISC-LOCK VISIT, DECEMBER, 2005 AT WHICH TIME A LEVEL 5 PPAP, CONTROL PLAN AUDIT AND REVIEW OF DISC-LOCK STANDARDS AND SPECIFICATIONS WILL BE CONDUCTED BY DISC-LOCK PERSONNEL OR ASSIGNED REPRESENTATIVES THEREOF.
2. UPON SUCCESSFUL CONCLUSION OF ITEM (1) INCLUDING ANY WRITTEN CORRECTIVE ACTIONS, ABOVE BLANKET PURCHASE ORDER WILL BE PUT

INTO EFFECT BY DISC-LOCK INTERNATIONAL. THIS PURCAHSE ORDER CAN BE TERMINATED IF TVS FAILS TO CONFORM TO ALL DISC-LOCK INTERNATIONAL'S DRAWINGS AND SPECIFICATIONS ON PRODUCTION PRODUCT.

3. INCORPORATION OF THE FOLLOWING INTO THE HEX FLANGE WASHER COMPONENT:

No tool marks, free flow, laps, seams, folds or other discontinuities or other potential stress risers permissible

4. AGREEMENT AND COMPLIANCE WITH THE FOLLOWING:

**CONFIDENTIALITY AGREEMENT**

From: Disc-Lock International

To: T V S Automotive Europe Limited, 5th Floor, Globe II Business Centre, 128 Maltravers Road, Sheffield S2 5AZ, United Kingdom

Re: Supply of Disc-Lock Components Confidentiality Agreement

To whom it may concern:

Your company, TVS Automotive Europe Limited, will be supplying Disc-Lock components for worldwide sales. In order to supply the components, e.g. hex flange nut washer, hex pilot nut and cup washer Disc-Lock has provided all necessary standards and specifications to ensure compliance.

As a condition to furnishing you with this information, you agree that this information and any other information which the Company furnishes to you or your representatives or which you or your representatives obtain through this access (collectively, the "Evaluation Material") will be kept confidential.

You agree that the Standards and Specifications will not be used by you, your employees, affiliates, or your representatives (collectively, your "representatives") in any way detrimental to the Company. The Standards and Specifications will be treated as belonging to the Company, and shall not, without our prior written consent, be disclosed in any manner, in whole or in part, to anyone who is not one of your affiliates or representatives and does not have a need to know in order the manufacture the components.

You agree that you will not, and your representatives will not, disclose to anyone who is not a direct participant in the manufacturing of these components. If our relationship with you is terminated for any reason, you agree to return to the Company all Standards and Specifications and all copies, summaries, and notes of the contents or parts of this

material (regardless of who made them), without retaining any copies of any of this material.

No failure or delay by us in exercising any right, in whole or in part, shall operate as a waiver of any other right. This Agreement shall be governed by the internal laws of the State of California, United States of America.

It is further understood and agreed that money damages may not be a sufficient remedy for any breach of this Agreement by you and that the Company shall also be entitled to specific performance as a remedy for any such breach. These remedies shall not be deemed to be the exclusive remedies for your breach of this Agreement, but shall be in addition to all other remedies available at law or equity to the Company.

If you are in agreement with this, please sign and return one copy to the Company. It will then constitute our Agreement with respect to its subject matter.

Very truly yours,

Greg White, Vice President

December 1, 2005

AGREED:

_(signature)_
TVS Automotive Europe Limited

DATE: 05.12.2005



## TVS Automotive Europe Limited
## Disc Lock Transaction Details

| TVS inv. No. | TVS inv. Date | Sets shipped | Inv. amount in US Doll. | Payments received from Disc-Lock. |
|---|---|---|---|---|
| CI1060095 | 09/03/2006 | 3000 | | |
| CI1060096 | 09/03/2006 | 5500 | | |
| CI1060097 | 09/03/2006 | 4000 | | |
| CI1060128 | 05/04/2006 | 3500 | | |
| CI1060133 | 13/04/2006 | 10000 | | |
| CI1060134 | 13/04/2006 | 7000 | | |
| CI1060208 | 30/05/2006 | 20000 | | |
| CI1060262 | 04/07/2006 | 10000 | | |
| CI1060269 | 07/07/2006 | 10000 | | |
| CI1060278 | 17/07/2006 | 10000 | | |
| CI1060279 | 17/07/2006 | 10000 | | |
| CI1060307 | 08/08/2006 | 10000 | $15,100.00 | |
| CI1060333 | 25/08/2006 | 20000 | | |
| CI1060335 | 25/08/2006 | 20000 | | |
| CI1060363 | 14/09/2006 | 20000 | $30,200.00 | |
| CI1060381 | 26/09/2006 | 30000 | $45,300.00 | |
| CI1060409 | 18/10/2006 | 25000 | $37,750.00 | |
| CI1060414 | 20/10/2006 | 25000 | $37,750.00 | |
| CI1060444 | 10/11/2006 | 25000 | | |
| CI1060463 | 21/11/2006 | 25000 | | |
| CI1060489 | 14/12/2006 | 25000 | $37,750.00 | |
| CI1060492 | 19/12/2006 | 25000 | $37,750.00 | |
| CI1070002 | 01/05/2007 | 25000 | $37,750.00 | |
| CI1070005 | 01/10/2007 | 30000 | $45,300.00 | |
| | Total | 398000 | $600,980.00 | $301,330.00 |

| | |
|---|---|
| Outstanding | $299,650.00 |

Green colour indicates invoices settled

Yellow colour indicates invoices yet to be settled

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TVS AUTOMOTIVE EUROPE LIMITED

**DEFENDANTS**
DISC-LOCK INTERNATIONAL CORPORATION

(b) County of Residence of First Listed Plaintiff  N/A - English corp.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  N/A - California
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
David J. Gass, Miller Johnson, 250 Monroe NW, Ste 800,
Grand Rapids MI 49503; 616-831-1700

Case: 2:08-cv-10406
Judge: Hood, Denise Page
Referral MJ: Majzoub, Mona K
Filed: 01-29-2008 At 09:25 AM
CMP TVS AUTO EUROPE V. DISC LOCK IN
TL (DA)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332

Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 486,498.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 1/28/08

SIGNATURE OF ATTORNEY OF RECORD  David J. Gass

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1.  Is this a case that has been previously dismissed?   ☐ Yes  ☐ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☐ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes : _____